**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Selena Alicia Coronado, | ) | No. CV04-1947-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Defendants. | ) | |

Defendants have filed a Motion to Reconsider Order Denying Defendants' Objections to the Magistrate's July 22, 2005 Scheduling Order (Doc. #28). Defendants have also filed a Motion to Terminate the Relief Granted in the Magistrate's July 22, 2005 Scheduling Order. Doc. #29.

Defendants' motion to reconsider is untimely. Local Rule of Civil Procedure 7.2(g) states that "[a]bsent good cause shown, any motion for reconsideration shall be filed no later than ten (10) days after the filing of the Order that is the subject of the motion." The Court's Order was entered on January 24, 2006. Doc. #23. Defendants' motion for reconsideration was filed on March 3, 2006. Doc. #28. Defendants' motion was not filed within the ten days required by LRCiv. 7.2(g), and Defendants have not shown good cause for the untimely filing. As a result, the motion to reconsider will be denied.

The Court will direct that the Magistrate Judge rule on the Motion to Terminate. Doc. #29.

**IT IS HEREBY ORDERED:**

1. Defendants' Motion to Reconsider Order Denying Defendants' Objections to the Magistrate's July 22, 2005 Scheduling Order (Doc. #28) is **denied**.

2. Defendants' Motion to Terminate the Relief Granted in the Magistrate's July 22, 2005 Scheduling Order (Doc. #29) is referred to the Magistrate Judge for the ruling in the first instance.

DATED this 27th day of March, 2006.

David G. Campbell
United States District Judge